Emily BOLDEN, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 100188.

Missouri Court of Appeals,
Eastern District.

May 20, 2014.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 24, 2014.

Application for Transfer Denied Aug. 19, 2014.

William J. Swift, Columbia, MO, for appellant.

Chris Koster, Shaun J. Mackelprang, Attorney General, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ROY L. RICHTER, P.J., CLIFFORD H. AHRENS, J. and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Emily Bolden ("Movant") appeals the judgment denying her Rule 29.15 motion for postconviction relief without an evidentiary hearing. Movant argues she was denied her right to effective assistance of counsel. We find that the motion court's findings and conclusions are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).